MICHAEL JAY BERGER (State Bar # 100291)
SOFYA DAVTYAN (State Bar #259544)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929
Telephone:    (310) 271-6223
Facsimile:    (310) 271-9805
E-mail: Michael.Berger@bankruptcypower.com
E-mail: Sofya.Davtyan@bankruptcypower.com

Proposed Counsel for Debtor and Debtor-in-Possession,
Academy of Volleyball, Inc.

### UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | CASE NO.: 26-bk- 30265 -HLB |
| | Chapter 11 (Subchapter V) |
| Academy of Volleyball, Inc., | **SUPPLEMENTAL DECLARATION OF DANIELE DESIDERIO IN SUPPORT TO DEBTOR'S MOTION FOR ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL** |
| Debtor and Debtor-in-Possession. | |
| | *Continued Hearing Date:* |
| | **Date:**      April 16, 2026 |
| | **Time:**      10:00 a.m. |
| | **Location:**  Courtroom 19 |
| | 450 Golden Gate Ave., |
| | San Francisco, CA 94102 |

1

Case: 26-30265    Doc# 38    Filed: 04/13/26    Entered: 04/13/26 18:44:13    Page 1 of 21

# DECLARATION OF DANIELE DESIDERIO

I, Daniele Desiderio, declare and state as follows:

1.	I am the Co-Owner and Director of Academy of Volleyball, Inc., the Debtor and Debtor-in-Possession in the above-captioned matter (the "Debtor"). I have personal knowledge of the facts set forth below and if called to testify as to those facts, I could and would competently do so.

2.	I make this Declaration in response to the Court's April 7, 2026 Order Granting Interim Authority to Use Cash Collateral ("Order") [docket no. 25], in which the Court raised several questions and concerns regarding the Debtor's Motion for Order Authorizing Cash Collateral ("Cash Collateral Motion") [docket no. 13], and the Debtor's use of cash collateral.

3.	The secured creditors affected by Debtor's proposed use of cash collateral are (in order of the dates of their secured liens):

	a.	Employment Development Department—estimated $1,849.45 claim, secured by Notice of State Tax Lien dated 10/15/2019

	b.	Employment Development Department—estimated $1,934.97 claim, secured by Notice of State Tax Lien dated 12/11/2019

	c.	U.S. Small Business Administration—estimated $150,005.00 claim based on June 4, 2020 loan (UCC Financing Statement renewal U250139767133 dated 5/22/2025)

	d.	CFS LLC—estimated $35,000.00 claim, secured by UCC Financing Statement U240058843531 dated 7/22/2024

	e.	NFG Advance—estimated $335,000.00 claim, based on UCC filing dated December 2024

	f.	Velocity Capital Group, LLC—estimated $665,000.00 claim, based on UCC Financing Statement U250119490635 dated 3/19/2025

2

SUPPLEMENTAL DECLARATION OF DANIELE DESIDERIO IN SUPPORT TO DEBTOR'S MOTION FOR ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL

Case: 26-30265    Doc# 38    Filed: 04/13/26    Entered: 04/13/26 18:44:13    Page 2 of 21

g. Dynamic Equities, Inc.—estimated $250,000.00 claim, secured by UCC Financing Statement U250121510109 dated 3/27/2025

h. FBF Capital LLC—estimated $345,000.00 claim, based on UCC filing dated April, 2025

i. Thoro Corp.—estimated $199,954.00, based on UCC Financing Statement U250144969138 dated 6/2/2025

j. Dependence Platinum—estimated $99,500.00 claim, secured by UCC Financing Statement U250157422629 dated 6/20/2025

4. The following secured claims were paid in full pre-petition, or have claim amounts unknown to the Debtor, however their respective UCC Financing Statements have not been withdrawn. Debtor has included these claims on its amended Schedule D as a precaution. A true and correct copy of Debtor's amended Schedule D is attached hereto as **Exhibit 1**.

a. Spartan Business Solutions -paid in full pre-petition, but was secured by UCC Financing Statement U240074280829 dated 9/23/2024. A true and correct copy of the zero balance letter is attached hereto as **Exhibit 2**.

b. CT Corporation (as representative)-unknown claim, secured by UCC Financing Statement U250181927833 dated 8/7/2025

c. CT Corporation (as representative)-unknown claim, secured by UCC Financing Statement U240049828841 dated 6/18/2024

d. CT Corporation (as representative)-unknown claim, secured by UCC Financing Statement U240053997936 dated 7/3/2024

e. Expert Funding-this creditor was paid in full pre-petition, but was secured by UCC Financing Statement U240052061213 dated 6/26/2024. A true and correct copy of the zero balance letter provided by Expert Funding is attached hereto as **Exhibit 3**.

SUPPLEMENTAL DECLARATION OF DANIELE DESIDERIO IN SUPPORT TO DEBTOR'S MOTION FOR ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL

Case: 26-30265    Doc# 58    Filed: 04/13/26    Entered: 04/13/26 18:44:13    Page 3 of 21

f. First Corporate Solutions, Inc.-this creditor was paid in full pre-petition, but was secured by UCC Financing Statement U230018234227

5. The following secured claims were incurred by the Debtor within the 90-day preference period. Debtor has included these claims on its amended Schedule D.

    a. Lifetime Funding LLC-estimated $79,400.00 MCA loan claim, secured by UCC Financing Statement U260006352728 dated 1/27/2026, within the 90-day preference period

    b. Palisade Advance-estimated $10,000.00 MCA Loan claim, secured by UCC Financing Statement U260010857726 dated 2/12/2026, within the 90-day preference period.

    c. Quick Funding-estimated $465,000.00 MCA Loan claim, secured by UCC Financing Statement, dated February 2026, within the 90-day preference period.

6. Debtor issued payroll prior to Court authorization to issue payroll, despite verbal instructions from Debtor's counsel to wait for Court authorization, and despite written instructions I received from Debtor's counsel via email on March 26, 2026, before the Petition was filed. Debtor processed payroll to non-insider employees that came due on April 3, 2026, and payroll was partially paid (approximately half) because Debtor was waiting for the release of some funds from its merchant processor. On subsequent days, the Debtor was able to issue the remaining payroll to its non-insider employees. Under the circumstances, I believed it was necessary to issue payroll, as delaying payroll would have created serious hardship for employees who depend on timely payment.

7. Quarterly tax payments are due on the 15th day after the end of a given quarter, with the next payment due for on April 15, 2026 for Q1 of 2026. The Debtor anticipates paying $0.00 for its estimated quarterly tax payment due for Q1 of 2026, because Debtor has been operating at a net loss.

4

Case: 26-30265　　Doc# 38　Filed: 04/13/26　Entered: 04/13/26 18:44:13　Page 4 of 21

8. The Debtor has general liability insurance provided to it as part of its membership in the USA Volleyball organization, with membership payments due September 1st each year. The Debtor's membership payment is $90.00, but in addition the USA Volleyball organization takes additional membership dues from the volleyball players who train with the Debtor, which pays for the insurance. A true and correct copy of Debtor's Certificate of Insurance is attached hereto as **Exhibit 4**.

9. Debtor's workers' compensation insurance is paid as part of its overall payroll expense, as a percentage of the total payroll.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on April 13, 2026 in Redwood City, California.

By: _Daniele Desiderio_

Daniele Desiderio

# EXHIBIT 1

Debtor name    **Academy of Volleyball, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)    **26-30265**

■ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.**

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|

**2.1  CFG Merchant Solutions LLC**
Creditor's Name

Describe debtor's property that is subject to a lien

Amount of claim: **$35,000.00**   Value of collateral: **$0.00**

**201 Route 17 North, Ste 805**
**Rutherford, NJ 07070**
Creditor's mailing address

**Describe the lien**
**UCC**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**
**7/22/2024**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**3531**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.2  CFS CAP, LLC**
Creditor's Name

Describe debtor's property that is subject to a lien

Amount of claim: **Unknown**   Value of collateral: **$0.00**

**222 MAIN St**
**SUITE 500**
**Salt Lake City, UT 84101**
Creditor's mailing address

**Describe the lien**
**UCC Financing**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**4/3/2025**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4429**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **CORPORATION SERVICE COMPANY, AS REPRESEN** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 2576**
**Springfield, IL 62708**

Creditor's mailing address

**UCCSPREP@CSCINFO.CO
M**

Creditor's email address, if known

Date debt was incurred
**9/23/2024**
Last 4 digits of account number
**0829**

Do multiple creditors have an
interest in the same property?

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe the lien
**UCC**
Is the creditor an insider or related party?

■ No

☐ Yes
Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **CT Corporation** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name

**included as a precaution**

**330 N. Brand Blvd. Ste. 700**
**Glendale, CA 91203**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**8/7/2025**
Last 4 digits of account number
**7833**

Do multiple creditors have an
interest in the same property?

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe the lien
**UCC**
Is the creditor an insider or related party?

■ No

☐ Yes
Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **CT Corporation System** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name

**included as a precaution**

**330 N. Brand Blvd., Ste. 700**
**Glendale, CA 91203**

Creditor's mailing address

Describe the lien
**UCC**

---

Case: 26-30265    Doc# 38    Filed: 04/13/26    Entered: 04/13/26 18:44:13    Page 8 of 21

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

Creditor's email address, if known

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**6/18/2024**

**Last 4 digits of account number**

**8841**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 | **CT Corporation System** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **included as a precaution** | | |

**As Representative**
**330 N. Brand Blvd., Suite 700**
**Glendale, CA 91203**
Creditor's mailing address

**Describe the lien**
**UCC**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No

**7/3/2024**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**7936**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.7 | **Dependance Platinum** | Describe debtor's property that is subject to a lien | **$99,500.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**633 167th st, Suite 804**
**Miami, FL 33162**
Creditor's mailing address

**Describe the lien**
**UCC**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No

**6/20/2025**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**2629**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |

Case: 26-30265    Doc# 38    Filed: 04/13/26    Entered: 04/13/26 18:44:13    Page 9 of 21

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | Dynamic Equities Inc. | Describe debtor's property that is subject to a lien | $250,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

455 Market Street, Ste 1940
San Francisco, CA 94105

Creditor's mailing address

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**3/27/2025**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0109**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | Employment Development Department | Describe debtor's property that is subject to a lien | $1,849.45 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Bankruptcy Group MIC 92E**
**PO Box 826880**
**Sacramento, CA**
**94280-0001**

Creditor's mailing address

**Describe the lien**
**Notice of State Tax Lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**10/15/2019**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**9693**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | Employment Development Department | Describe debtor's property that is subject to a lien | $1,934.97 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Bankruptcy Group MIC 92E**
**PO Box 826880**
**Sacramento, CA**
**94280-0001**

---

Case: 26-30265     Doc# 38     Filed: 04/13/26     Entered: 04/13/26 18:44:13     Page 10 of 21

| Creditor's mailing address | **Describe the lien** | | |
| | **Notice of State Tax Lien** | | |
| | Is the creditor an insider or related party? | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ■ No | | |
| **12/11/2019** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **0283** | | | |

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.1 1 | **EXPERT FUNDING** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
| | Creditor's Name | | | |

**500 W RAMBLING DR
Wellington, FL 33414**

Creditor's mailing address

**Describe the lien**

**UCC Financing**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No

**6/26/2024**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**1213**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.1 2 | **FBF Capital LLC** | Describe debtor's property that is subject to a lien | $345,000.00 | $0.00 |
| | Creditor's Name | | | |

**3621 Hendricks Avenue
Jacksonville, FL 32207**

Creditor's mailing address

**Describe the lien**

**UCC**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No

**04/2025**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

---

Case: 26-30265   Doc# 38   Filed: 04/13/26   Entered: 04/13/26 18:44:13   Page 11 of 21

☐ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 3** | **First Corporate Solutions, Inc.**
Creditor's Name

Describe debtor's property that is subject to a lien                    $0.00        $0.00

**914 S. Street
Sacramento, CA 95814**
Creditor's mailing address

Describe the lien
**UCC**
Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes
Is anyone else liable on this claim?

Date debt was incurred

■ No

**3/16/2023**
Last 4 digits of account number

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**4227**
Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

**2.1 4** | **Lifetime Funding LLC**
Creditor's Name

Describe debtor's property that is subject to a lien         $79,400.00      $0.00
**MCA loan; UCC filed within 90-day preference**

**585 Stewart Ave Suite L90
Garden City, NY 11530**
Creditor's mailing address

Describe the lien
**UCC**
Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes
Is anyone else liable on this claim?

Date debt was incurred

☐ No

**1/27/2026**
Last 4 digits of account number

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**2728**
Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
■ Disputed

---

**2.1 5** | **NFG Advance**
Creditor's Name

Describe debtor's property that is subject to a lien        $335,000.00      $0.00

**c/o Strike Recovery Group, Inc.
Attn: Kishanti Chrispin, CP
1411 Broadway, 29th Floor
New York, NY 10018**

---

Case: 26-30265   Doc# 38   Filed: 04/13/26   Entered: 04/13/26 18:44:13   Page 12 of 21

Creditor's mailing address

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**12/2024**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**4243**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 6 | **Palisade Advance** | | | |
|---|---|---|---|---|

**Palisade Advance**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**MCA loan; UCC filed within 90-day preference**

$10,000.00      $0.00

**24-47 47th Street, Suite B Astoria, NY 11103**
Creditor's mailing address

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**2/12/2026**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**7726**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

**Quick Funding**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**MCA loan; UCC filed within 90-day preference**

$465,000.00      $0.00

**2525 Main Street Irvine, CA 92614**
Creditor's mailing address

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**02/2026**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Case: 26-30265   Doc# 38   Filed: 04/13/26   Entered: 04/13/26 18:44:13   Page 13 of 21

☐ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.18**

**Thoro Corp**
Creditor's Name

**800 SE 4th Ave, Ste 601 Hallandale, FL 33009**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/2/2025**
**Last 4 digits of account number**
**9138**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien | **$199,954.00** | **$0.00**

**Describe the lien**
**UCC**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.19**

**U.S. Small Business Administration**
Creditor's Name

**Attn: District Counsel 455 Market Street, Suite 600 San Francisco, CA 94105**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/4/2020 / 5/22/2025**
**Last 4 digits of account number**
**7133**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien | **$150,005.00** | **$0.00**

**Describe the lien**
**UCC**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.20**

**Velocity Capital Group, LLC**
Creditor's Name

**c/o ILend Advance 1 Evertrus Plaza, Ste 1401 Jersey City, NJ 07302**
Creditor's mailing address

Describe debtor's property that is subject to a lien | **$665,000.00** | **$0.00**

**Describe the lien**

---

Case: 26-30265   Doc# 38   Filed: 04/13/26   Entered: 04/13/26 18:44:13   Page 14 of 21

Debtor   **Academy of Volleyball, Inc.**                    Case number (if known)   **26-30265**
       Name

**UCC**

**Is the creditor an insider or related party?**

■ No

□ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

□ No

**3/19/2025**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**0635**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

□ Contingent

□ Yes. Specify each creditor, including this creditor and its relative priority.

□ Unliquidated

□ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

**$2,637,643.42**

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Case: 26-30265   Doc# 38   Filed: 04/13/26   Entered: 04/13/26 18:44:13   Page 15 of 21

# EXHIBIT 2



## SPARTAN

Spartan Business Solutions, LLC
1301 Hwy 36 Suite 15 Bldg 2
Hazlet, NJ 07730

### <u>Zero Balance Letter</u>

Date: 12/26/2025
Merchant: Academy Of Volleyball, LLC(collectively, the "Merchant")

Deal ID: 4368438

Re: Satisfaction by Spartan Business Solutions, LLC pursuant to the Standard Merchant Cash Advance Agreement dated 05/30/2025(the "Agreement")

Please be advised that:

As of the date of this letter, all of the receivables purchased by Spartan Business Solutions, LLC pursuant to the above referenced Agreement (the "Purchased Amount") have been remitted in full. Accordingly, any and all obligation of the Merchant to Spartan Business Solutions, LLC, or of Spartan Business Solutions, LLC to the Merchant, pursuant to the Agreement are deemed satisfied, and any and all rights to the Merchant's future business receipts, and/or its specified percentage thereof, have reverted back to the Merchant.

If you need further information regarding your account, please do not hesitate to contact Ryan Henry at (855) 532-1969 or via email at <u>collections@spartancapitalgroup.com</u>.

Sincerely,
Ryan Henry
Client Success Manager

*Ryan Henry*

# EXHIBIT 3



7/11/2024

To Whom It May Concern:

In regards to the future receivables purchase and sale contract between
( ACADEMY OF VOLLEYBALL, LLC _____ ) and EXPERT FUNDING LLC ,
our records indicate that the current balance of purchased but unremitted
receivables is $0 Upon receipt of the above-referenced amount, EXPERT
FUNDING will close this contract and release its security interest reflected in
the UCC-1 Financing statement.

Thank you,

# EXHIBIT 4

# CERTIFICATE OF INSURANCE

**AGENCY:**

Edgewood Partners Insurance Center
5909 Peachtree Dunwoody Road, Suite 800
Atlanta, GA 30328
678-324-3300 (Phone), 678-324-3303 (Fax)

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**NAMED INSURED:**

USA Volleyball (National Office)
4065 Sinton Road
Colorado Springs CO 80907

Academy of Volleyball
3151 Edison Way
Redwood City CA 94063

**INSURERS AFFORDING COVERAGE:**

INSURER A: Accredited Surety and Casualty Company, Inc. NAIC# 26379

**EVENT INFORMATION:**

USAV members practice ONLY. All participants must be registered with USAV/NCVA for this certificate to be valid during the following event dates: (9/16/2025 - 9/1/2026)

**POLICY/COVERAGE INFORMATION:**

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INS | TYPE OF INSURANCE: | POLICY NUMBER(S): | EFFECTIVE: | EXPIRES: | LIMITS: | |
|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY** | | | | | |
| | X Occurrence | 1-RSL-CO-17-01537353-01 | 9/1/2025 12:01 AM | 9/1/2026 12:01 AM | GENERAL AGGREGATE (Per Event) | $4,000,000 |
| | X Participant Legal Liability | | | | GENERAL AGGREGATE (Policy Cap) | $15,000,000 |
| | | | | | EACH OCCURRENCE | $2,000,000 |
| | | | | | DAMAGE TO RENTED PREMISES (Each Occ.) | $2,000,000 |
| | | | | | MEDICAL EXPENSE (Any one person) | EXCLUDED |
| | | | | | PERSONAL & ADV INJURY | $2,000,000 |
| | | | | | PRODUCTS-COMP/OP AGG | $2,000,000 |
| A | **UMBRELLA/EXCESS LIABILITY** | | | | | |
| | X Occurrence | 1-RSL-CO-17-01537354-01 | 9/1/2025 12:01 AM | 9/1/2026 12:01 AM | EACH OCCURRENCE | $3,000,000 |
| | | | | | AGGREGATE (Applies Per Event) | $3,000,000 |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS:**

The certificate holder is an additional insured as required by written contract or written agreement as per form CG2026 Additional Insured - Designated Person or Organization, but only with respects to USA Volleyball (USAV) and Regional Volleyball Association (RVA) sanctioned events.

No coverage will apply for RVAs and RVA clubs for events conducted in which all participants are not registered with USAV.

The General Liability Policy includes $2,000,000 Each Occurrence / $4,000,000 Aggregate of Sexual Abuse and Molestation coverage.

Coverage is available under a Participant Accident policy #PAI L006020395201 with Berkley Life and Health Insurance Company on file with the policyholder. Accident Medical Coverage $25,000, deductible $250 - Accidental Death & Dismemberment $10,000. Policy effective date: September 1, 2025 / Policy expiration date September 1, 2026.

**CERTIFICATE HOLDER:**

SportsHouse Moxie LLC & Synapse School
3151 Edison Way
Redwood City CA 94063

**NOTICE OF CANCELLATION:**

Should any of the above described policies be cancelled before the expiration date thereof, notice will be delivered in accordance with the policy provisions.

**AUTHORIZED REPRESENTATIVE:**