MICHAEL JAY BERGER (State Bar # 100291)
SOFYA DAVTYAN (State Bar # 259544)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929
Telephone: (310) 271-6223
Facsimile: (310) 271-9805
E-mail: Michael.Berger@bankruptcypower.com
E-mail: Sofya.Davtyan@bankruptcypower.com

Proposed Counsel for Debtor and Debtor-in-Possession,
Academy of Volleyball, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | CASE NO.: 26-30265 |
| | Chapter 11 (Subchapter V) |
| Academy of Volleyball, Inc., | **DEBTOR'S STATUS CONFERENCE STATEMENT; DECLARATION OF DANIELE DESIDERIO IN SUPPORT THEREOF** |
| Debtor and Debtor-in-Possession. | |
| | **Date:** May 21, 2026 |
| | **Time:** 10:00 a.m. |
| | **Location:** Courtroom 19 |
| | 450 Golden Gate Avenue |
| | San Francisco, CA 94102 |

     **TO THE HONORABLE JUDGE HANNAH L. BLUMENSTIEL, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; SUBCHAPTER V TRUSTEE; SECURED CREDITORS; TWENTY LARGEST UNSECURED CREDITORS; AND PARTIES ENTITLED TO NOTICE:**

DEBTOR'S STATUS CONFERENCE STATEMENT; DECLARATION OF DANIELE DESIDERIO IN SUPPORT THEREOF

Case: 26-30265   Doc# 48   Filed: 05/07/26   Entered: 05/07/26 22:55:56   Page 1 of 11

# DEBTOR'S INITIAL CHAPTER 11 STATUS CONFERENCE STATEMENT

Academy of Volleyball, Inc., the debtor and debtor in possession in the above-captioned case ("Debtor"), respectfully submits its first Chapter 11 Status Conference Statement as follows:

## I. Factors Leading To Chapter 11 Bankruptcy Filing And Objectives For The Bankruptcy Case

The Debtor operates the Academy Volleyball Club, which provides club volleyball instruction, training, and competition for youth and junior athletes. Debtor began operations in June 2015 in Palo Alto, California with three teams and has grown into one of the larger volleyball clubs in California. The business primarily serves children ages 8–18, with participation from both boys and girls, though predominantly girls. Ownership is held 50/50 by Danielle Desiderio, and his spouse Alta Gremi.

The primary catalyst for the Debtor filing bankruptcy was state court litigation styled Jane Doe v. Sequoia Union High School District, Academy of Volleyball, Inc., Thomas Feng, in the California Superior Court, San Mateo County, alleging negligent supervision and negligent employment ("Negligence Action" case no. 26-CIV-01756).

Debtor's objective is to continue operating its business and generating revenue to support a feasible Plan of Reorganization. Debtor is also exploring the possibility of selling its business.

## II. Proposed Schedule for Filing Plan and Disclosure Statement

Debtor intends on filing its plan and disclosure statement by June 24, 2026.

## III. Status of MORs, DIP Bank Accounts, and Required Post-Petition Tax Payments

Debtor will file its first monthly operating report (MOR), covering the post-petitions periods of March 26, 2026-March 31, 2026, and April 1-April 30, 2026, by the deadline of May 21, 2026.

Case: 26-30265   Doc# 48   Filed: 05/07/26   Entered: 05/07/26 22:55:56   Page 2 of 11

Debtor opened its debtor-in-possession (DIP) account at Banc of California on April 8, 2026.

The Debtor does not believe that any post-petition payments to taxing authorities have come due.

## IV.   **Insurance Coverage**

The Debtor's general liability insurance coverage and umbrella/ excess liability coverage, Policy No. 1-RSL-CO-17-01537353-01, is current and effective through September 1, 2026.

The Debtor's commercial general liability and participant legal liability coverage, Policy No. 18LB7969, is current and effective through September 1, 2026.

The Debtor's workers compensation insurance, Policy No. TSP4784254, is current and effective through March 26, 2027.

## V.   **Retaining Professionals**

On April 9, 2026, Debtor filed its Application to Employ Michael Jay Berger as General Bankruptcy Counsel ("Employment Application") [docket no. 32]. On April 29, 2026, the Court entered its Tentative Ruling Denying the Employment Application and Setting Hearing ("Tentative Ruling") [docket no. 47]. The hearing on the Employment Application is scheduled for May 21, 2026, at 10:00 a.m., at which the Debtor and proposed counsel will address the Employment Application and the Tentative Ruling.

## VI.   **Cash Collateral, Payroll, and Post-Petition Borrowing**

On April 1, 2026, the Debtor filed its Motion to Use Cash Collateral ("Cash Collateral Motion") [docket no. 13], and its Ex Parte Motion to Shorten Time on First Day Motions [docket no. 16]. On April 2, 2026, the Debtor entered into a Stipulation for Adequate Protection and Use of Cash Collateral ("Stipulation") [docket no. 18] with secured creditor the U.S. Small Business Administration ("SBA"). On April 7, 2026 hearing was held on the Cash Collateral Motion, and the Court entered the Order granting use of cash collateral on an interim basis and setting a continued hearing [docket no. 25].

DEBTOR'S STATUS CONFERENCE STATEMENT; DECLARATION OF DANIELE DESIDERIO IN SUPPORT THEREOF

On April 16, 2026, a continued hearing was held on the Cash Collateral Motion, at which interim use of cash collateral was granted through May 14, 2026, and a continued hearing on the Cash Collateral was set for May 14, 2026 at 10:00 a.m.

On April 1, 2026, Debtor filed its Motion for Order Authorizing Payment of Wages and Related Expenses ("Payroll Motion") [docket no. 15]. On April 7, 2026, hearing was held on the Payroll Motion, at which the Court granted the Payroll Motion on an interim basis, and set the Payroll Motion for a final hearing on May 14, 2026, at 10:00 a.m.

The Debtor does not anticipate the need for post-petition financing at this time.

VII.    **Orders Granting Relief From Stay**

There have been no orders granting relief from stay in this case.

VIII.    **Motions Regarding Assumption or Rejection of Leases and Unexpired Contracts**

Debtor is party to a lease with 2424 ECR, LLC for the premises located at 2424 El Camino Real, Redwood City, CA 94063 ("El Camino Real Lease"). Debtor intends to assume the El Camino Real Lease.

Debtor is party to a lease with The Michael and Athia Giotinis Revocable Trust for the premises located at 1465 N. Carolan Avenue, Burlingame, CA 94010 ("N. Carolan Lease"). Debtor intends to assume the N. Carolan Lease.

Debtor is party to a lease with Whitehorn, LP ("Whitehorn") for the premises located at 1221 ("Gym 1") and 1231 (Gym 2") Whitehorn Way, Burlingame, CA ("Whitehorn Lease"). Debtor intends to assume the Whitehorn Lease with respect to Gym 1, but reject the Whitehorn Lease with respect to Gym 2, and cease operations at Gym 2 in June, 2026.

IX.    **Debtor's Post-Petition Operations, Revenue, and Financial Results**

Debtor continues to operate its valuable Academy Volleyball Club business. Approximately 80% of Debtor's revenue comes from team registrations, and 20% from

summer camps and skills clinics. About 98% of Debtor's volleyball players are registered through USA Volleyball. Debtor's main collection period is July through October. Parents may pay in full or through 3-, 6-, or 9-month payment plans. Approximately 70% of parents pay in full, 30% use payment plans, and 3–5% struggle with payments.

Debtor's business is seasonal based on volleyball seasons: girls' peak season runs November through June, and boys' peak season runs August through January. Registration opens in July for girls, in August for boys, and in September/October for younger girls.

Debtor's largest expense is payroll. Debtor's June through November staffing is approximately 65 employees, and approximately 40 in other months. About 25 of Debtor's employees are full-time. Debtor's coaches are generally paid based on the number of teams coached.

X. **Status of Litigation Pending In and Outside of Court**

Debtor is named defendant in an unlawful detainer lawsuit before the Superior Court of California, San Mateo County, styled 2424 ECR LLC v. Academy of Volleyball, Inc. ("2424 ECR Lawsuit," case no. 26-UDU-00305). The 2424 ECR Lawsuit is stayed due to the automatic bankruptcy stay.

Debtor is named defendant in an unlawful detainer lawsuit before the Superior Court of California, San Mateo County, styled Whitehorn, LP v. Academy of Volleyball, Inc. FKA Academy of Volleyball, LLC ("Whitehorn Lawsuit," case no. 26-UDU-00313). The Whitehorn Lawsuit is stayed due to the automatic bankruptcy stay.

Debtor is named defendant in the lawsuit styled Jane Doe v. Sequoia Union High School District, Academy of Volleyball, Inc., Thomas Feng, in the California Superior Court, San Mateo County ("Negligence Action" case no. 26-CIV-01756), alleging Debtor's negligent supervision and negligent employment. The Negligence Action is stayed due to the automatic bankruptcy stay.

Case: 26-30265    Doc# 48    Filed: 05/07/26    Entered: 05/07/26 22:55:56    Page 5 of 11

XI. **Attendance at Meeting of Creditors and Compliance with Requests for Information From the U.S. Trustee**

The Debtor and Debtor's proposed counsel attended the Initial Debtor Interview with the Office of the U.S. Trustee ("OUST") on April 22, 2026. The Debtor and Debtor's proposed counsel attended the meeting of creditors pursuant to 11 U.S.C. § 341 on May 4, 2026, and the meeting was concluded at that time.

Debtor has complied with all requests for information from the OUST. Debtor has requested that its insurers add the OUST as an additional notice party on the Debtor's Certificates of Liability Insurance, and Debtor will provide the updated Certificates to the OUST when they become available.

LAW OFFICES OF MICHAEL JAY BERGER

Dated: 5/7/2026                     By:          /s/Michael Jay Berger
                                                      Michael Jay Berger
                                                      Sofya Davtyan
                                                      Proposed Counsel for Debtor-in-Possession
                                                      Academy of Volleyball, Inc.

6

## <u>DECLARATION OF DANIELE DESIDERIO</u>

I, Daniele Desiderio, declare and state as follows:

1.      I am the CEO of Academy of Volleyball, Inc., the Debtor and Debtor-in-Possession in the above-captioned matter (the "<u>Debtor</u>").  I have personal knowledge of the facts set forth below and if called to testify as to those facts, I could and would competently do so.

2.      The Debtor operates the Academy Volleyball Club, which provides club volleyball instruction, training, and competition for youth and junior athletes. Debtor began operations in June 2015 in Palo Alto, California with three teams and has grown into one of the larger volleyball clubs in California. The business primarily serves children ages 8–18, with participation from both boys and girls, though predominantly girls. Ownership is held 50/50 by myself, and my spouse Alta Gremi.

3.      The primary catalyst for the Debtor filing bankruptcy was state court litigation styled Jane Doe v. Sequoia Union High School District, Academy of Volleyball, Inc., Thomas Feng, in the California Superior Court, San Mateo County, alleging negligent supervision and negligent employment ("Negligence Action" case no. 26-CIV-01756).

4.      Debtor's objective is to continue operating its business and generating revenue to support a feasible Plan of Reorganization. Debtor is also exploring the possibility of selling its business.

5.      Debtor intends on filing its plan and disclosure statement by June 24, 2026.

6.      Debtor will file its first monthly operating report (MOR), covering the post-petitions periods of March 26, 2026-March 31, 2026, and April 1-April 30, 2026, by the deadline of May 21, 2026.

7.      Debtor opened its debtor-in-possession (DIP) account at Banc of California on April 8, 2026.

7

Case: 26-30265    Doc# 48    Filed: 05/07/26    Entered: 05/07/26 22:55:56    Page 7 of 11

8. The Debtor does not believe that any post-petition payments to taxing authorities have come due.

9. The Debtor's general liability insurance coverage and umbrella/ excess liability coverage, Policy No. 1-RSL-CO-17-01537353-01, is current and effective through September 1, 2026.

10. The Debtor's commercial general liability and participant legal liability coverage, Policy No. 18LB7969, is current and effective through September 1, 2026.

11. The Debtor's workers compensation insurance, Policy No. TSP4784254, is current and effective through March 26, 2027.

12. On April 9, 2026, Debtor filed its Application to Employ Michael Jay Berger as General Bankruptcy Counsel ("Employment Application") [docket no. 32]. On April 29, 2026, the Court entered its Tentative Ruling Denying the Employment Application and Setting Hearing ("Tentative Ruling") [docket no. 47]. The hearing on the Employment Application is scheduled for May 21, 2026, at 10:00 a.m., at which the Debtor and proposed counsel will address the Employment Application and the Tentative Ruling.

13. On April 1, 2026, the Debtor filed its Motion to Use Cash Collateral ("Cash Collateral Motion") [docket no. 13], and its Ex Parte Motion to Shorten Time on First Day Motions [docket no. 16]. On April 2, 2026, the Debtor entered into a Stipulation for Adequate Protection and Use of Cash Collateral ("Stipulation") [docket no. 18] with secured creditor the U.S. Small Business Administration ("SBA"). On April 7, 2026 hearing was held on the Cash Collateral Motion, and the Court entered the Order granting use of cash collateral on an interim basis and setting a continued hearing [docket no. 25]. On April 16, 2026, a continued hearing was held on the Cash Collateral Motion, at which interim use of cash collateral was granted through May 14, 2026, and a continued hearing on the Cash Collateral was set for May 14, 2026 at 10:00 a.m.

14. On April 1, 2026, Debtor filed its Motion for Order Authorizing Payment of Wages and Related Expenses ("Payroll Motion") [docket no. 15]. On April 7, 2026, hearing was held on the Payroll Motion, at which the Court granted the Payroll Motion on an interim basis, and set the Payroll Motion for a final hearing on May 14, 2026, at 10:00 a.m.

15. The Debtor does not anticipate the need for post-petition financing at this time.

16. There have been no orders granting relief from stay in this case.

17. Debtor is party to a lease with 2424 ECR, LLC for the premises located at 2424 El Camino Real, Redwood City, CA 94063 ("El Camino Real Lease"). Debtor intends to assume the El Camino Real Lease.

18. Debtor is party to a lease with The Michael and Athia Giotinis Revocable Trust for the premises located at 1465 N. Carolan Avenue, Burlingame, CA 94010 ("N. Carolan Lease"). Debtor intends to assume the N. Carolan Lease.

19. Debtor is party to a lease with Whitehorn, LP ("Whitehorn") for the premises located at 1221 ("Gym 1") and 1231 ("Gym 2") Whitehorn Way, Burlingame, CA ("Whitehorn Lease"). Debtor intends to assume the Whitehorn Lease with respect to Gym 1, but reject the Whitehorn Lease with respect to Gym 2, and cease operations at Gym 2 in June, 2026.

20. Debtor continues to operate its valuable Academy Volleyball Club business. Approximately 80% of Debtor's revenue comes from team registrations, and 20% from summer camps and skills clinics. About 98% of Debtor's volleyball players are registered through USA Volleyball. Debtor's main collection period is July through October. Parents may pay in full or through 3-, 6-, or 9-month payment plans. Approximately 70% of parents pay in full, 30% use payment plans, and 3–5% struggle with payments.

Case: 26-30265    Doc# 48    Filed: 05/07/26    Entered: 05/07/26 22:55:56    Page 9 of 11

21. Debtor's business is seasonal based on volleyball seasons: girls' peak season runs November through June, and boys' peak season runs August through January. Registration opens in July for girls, in August for boys, and in September/October for younger girls.

22. Debtor's largest expense is payroll. Debtor's June through November staffing is approximately 65 employees, and approximately 40 in other months. About 25 of Debtor's employees are full-time. Debtor's coaches are generally paid based on the number of teams coached.

23. Debtor is named defendant in an unlawful detainer lawsuit before the Superior Court of California, San Mateo County, styled 2424 ECR LLC v. Academy of Volleyball, Inc. ("2424 ECR Lawsuit," case no. 26-UDU-00305). The 2424 ECR Lawsuit is stayed due to the automatic bankruptcy stay.

24. Debtor is named defendant in an unlawful detainer lawsuit before the Superior Court of California, San Mateo County, styled Whitehorn, LP v. Academy of Volleyball, Inc. FKA Academy of Volleyball, LLC ("Whitehorn Lawsuit," case no. 26-UDU-00313). The Whitehorn Lawsuit is stayed due to the automatic bankruptcy stay.

25. Debtor is named defendant in the lawsuit styled Jane Doe v. Sequoia Union High School District, Academy of Volleyball, Inc., Thomas Feng, in the California Superior Court, San Mateo County ("Negligence Action" case no. 26-CIV-01756), alleging Debtor's negligent supervision and negligent employment. The Negligence Action is stayed due to the automatic bankruptcy stay.

26. The Debtor and Debtor's proposed counsel attended the Initial Debtor Interview with the Office of the U.S. Trustee ("OUST") on April 22, 2026. The Debtor and Debtor's proposed counsel attended the meeting of creditors pursuant to 11 U.S.C. § 341 on May 4, 2026, and the meeting was concluded at that time.

27. Debtor has complied with all requests for information from the OUST. Debtor has requested that its insurers add the OUST as an additional notice party on the

Case: 26-30265    Doc# 48    Filed: 05/07/26    Entered: 05/07/26 22:55:56    Page 10 of 11

Debtor's Certificates of Liability Insurance, and Debtor will provide the updated Certificates to the OUST when they become available.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on May 7, 2026 in Redwood City, California.

By:  /s/Daniele Desiderio
_____
Daniele Desiderio

DEBTOR'S STATUS CONFERENCE STATEMENT; DECLARATION OF DANIELE DESIDERIO IN SUPPORT THEREOF

Case: 26-30265    Doc# 48    Filed: 05/07/26    Entered: 05/07/26 22:55:56    Page 11 of 11