**Signed and Filed: May 19, 2026**

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:                                    ) Case No. 26-30265 HLB
                                          )
ACADEMY OF VOLLEYBALL, INC.,              ) Chapter 11
                                          )
                    Debtor.               )
_____)

### ORDER CONTINUING STATUS CONFERENCE

This case is scheduled to come before the court on May 21, 2026 for an initial status conference. Debtor Academy of Volleyball, Inc.'s first monthly operating report is due on May 21, 2026, so the court will not have had the opportunity to review it prior to the status conference. The court prefers to convene status conferences with the benefit of some operating reports. The court also has reviewed Debtor's status conference statement.[1]

Accordingly, the court **ORDERS** as follows:

**1.** The court finds and concludes that its need to review operating reports prior to convening a status conference constitutes circumstances for which the Debtor should not justly be held accountable, per 11 U.S.C. § 1188(b).

---

[1] Dkt. 48.

-1-

**2.** The initial status conference is hereby **CONTINUED** to **July 9, 2026** at **10:00 a.m.**

You may appear at the July 9 continued status conference in-person or by Zoom. To appear in-person, you should arrive in Courtroom 19 of the United States Bankruptcy Court, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA no later than 10:00 a.m. To appear by Zoom, please consult the court's website for information explaining how to arrange an appearance at a video hearing. If you have questions about how to participate in a hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the court's website.

**3.** No later than **July 2, 2026,** Debtor shall file a status conference statement, which need only advise of material developments in the case. Debtor's status conference statement shall not exceed 5 pages. As always, the court welcomes status conference statements from creditors and other interested parties, so long as they are filed no later than **July 2, 2026** and do not exceed 5 pages.

**4.** Debtor shall timely file all monthly operating reports.

**5.** Debtor shall timely comply with 11 U.S.C. § 1189(b).

**6.** Any unexcused noncompliance with this order might result in the issuance of an order requiring Debtor to appear and show cause as to why the court should not convert this case to one under Ch. 7, dismiss this case, or remove the Debtor from possession.

**\*\*END OF ORDER\*\***

Case: 26-30265   Doc# 58   Filed: 05/19/26   Entered: 05/19/26 11:52:59   Page 2 of 3

## <u>Court Service List</u>

Daniele Desiderio
2424 El Camino Real
Redwood City, CA 94063