# Notice Recipients

District/Off: 0971–3          User: admin          Date Created: 5/19/2026
Case: 26–30265               Form ID: pdfeoc       Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
rspi          Daniele Desiderio          2424 El Camino Real          Redwood City, CA 94063

TOTAL: 1