JaVonne M. Phillips, Esq. SBN 187474
Jennifer C. Wong, Esq. SBN 246725
**McCarthy & Holthus, LLP**
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
Phone (877) 369-6122
Fax (619) 685-4811
jwong@mccarthyholthus.com

Attorneys for
Santander Bank, N.A., servicer for Santander Auto Lease Titling Ltd., its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: § | Case Number: 26-30265 HLB |
| **Academy of Volleyball, Inc. fdba** § | |
| **Academy Of Volleyball, Llc**, § | Chapter: 11 |
| § | |
| Debtor. § | |

**REQUEST FOR SPECIAL NOTICE**
**PURSUANT TO BANKRUPTCY RULES**
**2002, 9014 AND 7004**

PLEASE TAKE NOTICE that McCarthy & Holthus, LLP has been retained by Santander Bank, N.A., servicer for Santander Auto Lease Titling Ltd., its assignees and/or successors in the above-referenced bankruptcy case.

McCarthy & Holthus, LLP hereby requests special notice of all matters which must be noticed pursuant to the Bankruptcy and Local rules at the following address:

McCarthy & Holthus, LLP
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
(877) 369-6122

///

///

M&H File No. CA-26-197045

Any appearances or filings of other documents in the instant case shall not constitute a waiver of Fed.R. Bankr. Rule 7004. Santander Bank, N.A. and/or Santander Auto Lease Titling Ltd., its assignees and/or successors must be served directly and does not authorize McCarthy & Holthus, LLP to act as its agent for purposes of service under Fed.R. Bankr. Rule 7004.

Dated: 7/29/2026                                    McCarthy & Holthus, LLP

                                          By:  /s/  Jennifer C. Wong
                                               Jennifer C. Wong, Esq.,
                                               Attorneys for Santander Bank, N.A., servicer for
                                               Santander Auto Lease Titling Ltd., its assignees
                                               and/or successors

M&H File No. CA-26-197045